# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3007

_____

Belinda Ann Stevenson, filed as Queen    *
Belinda Ann Stevenson, Miss Universe,    *
   *
       Appellant,    *
   *
Children's Ministries,    *
   *
       Petitioner,    *
   *
    v.    *
   *
Cynthia Helmers Kemp, Miss Sibley,    *
Iowa; Susan, Miss Iowa-Sioux City;    *
Jacqueline Jorgenson, Miss Iowa-    *    Appeal from the United
Carroll; Julie Richardson, Miss    *    States District Court for the
Minnesota-Minneapolis; Ann    *    Southern District of Iowa.
Stevenson Ferguson, France and New    *
York; Justin Hayward, London,    *    **[UNPUBLISHED]**
England and New York; Lawrence    *
Vernon; Marcia Zach; City of Sheldon,    *
IA; City of Sibley, IA; City of Sioux    *
City, IA; Diana Spence, Princess,    *
London, England; Leonardo DiCaprio,    *
New York; Iowa 1998 Governor    *
Candidates; 1996 Presidential Election    *
Nominees; Donald Trump Incorporate;    *
Pageant Candidates, New York;    *
Shawntel Smith, also known as Susan    *
Smith; Unknown Respondents;    *
Deborah Schuster, Miss Iowa-Des    *
Moines,    *

```
                              *
   Appellees.                 *
                        _____


              Submitted: March 7, 2001
                   Filed: March 20, 2001
                        _____
```

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Belinda Ann Stevenson appeals following the district court's[1] June 15, 2000 denial of her motion to reopen her case. Having carefully reviewed the record and Stevenson's submissions, we conclude the district court did not abuse its discretion in denying the motion. See Fed. R. Civ. P. 60(b); Sanders v. Clemco Indus., 862 F.2d 161, 169 & n.14 (8th Cir. 1988). Accordingly, we affirm. See 8th Cir. R. 47B.


A true copy.


   Attest:


      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE CHARLES R. WOLLE, United States District Judge for the Southern District of Iowa.